LINDA V. CATLET
DANIEL NEWMAN + EDWARD
JONES AND HEATHER ROSENTHAL

## MOTION TO VACATE ARBITRATION AWARD FROM EXPUNGMENT MEETING ON MAY 15, 2019

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED AUG 08 2019
CLERK

A MEETING WAS HELD ON MAY 15, 2019 AT THE CROWN ROYAL HOTEL IN BATON ROUGE, LA. A MEETING WAS SET UP BY THE ARBITRATORS BECAUSE I CANNOT UNDERSTAND THEM ON THE TELEPHONE. I AM HARD OF HEARING.

I WENT TO LAKE AFTER HOURS ON MAY 8, 2019 BECAUSE MY RIGHT LEG HAD STARTED HURTING. I WAS TOLD AFTER AN EXRAY THAT I HAD INFLAMMATION AND ARTHRITIS IN MY LEG AND TO STAY OFF MY FEET. BY THE TIME THE 15TH WAS HERE I HAD TO GET ON PAIN MEDICINE AND STAY OFF MY FEET. THE PAIN WAS SO BAD THAT I COULD NOT EVEN GET OFF OF A TOILET WITHOUT HELP.

I WENT TO OCHSNER AND ALL THEY WOULD GIVE ME WAS ON PAID PILL. THE NEXT DAY WAS THE MEETING AND I E-MAILED FINRA THROUGH THE DRPORTAL AND INFORMED THEM THAT I WOULD NOT BE AT THE MEETING. I NEEDED TO BE IN BED WITH ICE ON MY BACK.

MY SISTER CALLED THE HOTEL AROUND 12:30P.M. AND WAS TOLD THEY WERE TRYING TO REACH ME BUT COULD NOT HAVE CALLED MY HOUSE, WHICH IS THE REASON WHY MY SISTER CALLED. THE PERSON AT THE FRONT DESK WAS TOLD NOT TO PUT ANY OF MY CALLS THROUGH.

THE ARBITRATORS WERE GUILTY OF MISCONDUCT IN REFUSING TO POSTPONE THE HEARING, EVEN IN LIGHT OF SUFFICIENT CAUSE SHOWN, OR IN REUSING TO HEAR EVIDENCE PERTINENT AND MATERIAL TO THE CONTROVERSEY, OR OF ANY OTHER MISBEHAVIOR BY WHICH THE RIGHTS OF ANY PARTY HAVE BEEN PREJUDCED.

THE ARBITRATORS EXCEEDED THEIR POWERS, OR SO IMPERFECTLY EXECUTED THEM THAT A MUTUAL, FINAL AND DEFINITE AWARD UPON THE SUBJECT MATTER SUBMITTED WAS NOT MADE,

THE ARBITRATORS DISREGARDED A CLEARLY DEFINED LAW OR LEGAL PRIINCIPLE APPLICABLE TO THE CASE BEFORE THEM (MANIFEST DISREGARD OF THE LAW)

THERE IS NO FACTUAL OR REASONABLE BASIS FOR THE AWARD.

THE AWARD SAYS THAT THE CLAIMANT'S CLAIMS ARE DENIED IN THEIR ENTIRETY. CONSIDERING THAT THE WHOLE ARBITATION IS BASED ON NON FACTUAL FACTS AND I WAS NOT THERE TO ANSWER ANY QUESTIONS.

**I JUST RECEIVED A CERTIFIED RETURN RECEIPT FROM MR. MYERS WHERE I SENT HIM A COPY OF A LETTER WRITTEN BY MY DOCTOR SAYING I WAS UNABLE TO ATTEND THE MEETING.**

*Linda V. Caillet*

**Linda V. Caillet**
**5238 LeSage Drive**
**Greenwell Springs, La.   70739**

**Phone No.   225-262-8904**

**DATE   AUGUST 7, 2019**

**HAND CARRIED TO MR. NEWMAN**