UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LINDA V. CAILLET

VERSUS

DANIEL NEWMAN, ET AL.

CIVIL ACTION

NO. 19-515-JWD-RLB

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.43) dated February 5, 2021, to which a response to Magistrate's Report and Recommendations was filed by Daniel Newman (Doc. 44),

**IT IS ORDERED** that the Request for Oral Argument (Doc. 41) filed by Defendants is DENIED.

**IT IS FURTHER ORDERED** that the Motion to Vacate Arbitration Award (Doc. 1) filed by Plaintiff, Linda Caillet, is DENIED.

**IT IS FURTHER ORDERED** that the Motion to Confirm Arbitration Award (Doc. 26) filed by Defendant, Daniel Newman, is DENIED and this matter shall be closed.[1]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on April 12, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Defendant acknowledges that the Magistrate Judge's analysis about the FINRA waiver was correct and that Defendant inadvertently failed to file this document (Doc. 44-1), despite it being dated August 13, 2020, (Doc. 44 at 2.) The Court finds that, if Defendant wants to confirm the arbitration award, he can file another suit to do so. This will allow the FINRA waiver issue to be addressed properly in due course.