# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| LINDA V. CAILLET | |
|---|---|
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 19-515-JWD-RLB** |
| **DANIEL NEWMAN, ET AL.** | |

## AMENDED JUDGMENT

For written reasons assigned, (Docs. 43, 46), as amended, (Doc. 53),

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby rendered in favor of Defendant Daniel Newman and against Plaintiff Linda V. Caillet.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the *Motion to Vacate Arbitration Award* (Doc. 1) filed by Plaintiff, Linda Caillet, is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the *Motion to Confirm Arbitration Award* (Doc. 26) filed by Defendant, Daniel Newman, is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the July 8, 2019, arbitration *Award* (Doc. 26-4) rendered through the Financial Industry Regulatory Authority Office of Dispute Resolution is hereby **CONFIRMED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to that *Award*, all references to the arbitration, occurrence number 1994260, in the registration records maintained by the CRD for Mr. Newman shall be **EXPUNGED.**

Signed in Baton Rouge, Louisiana, on May 3, 2021.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**